IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH WHITMORE, | : | |
|     *Petitioner* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DEREK OBERLANDER, *et al.*, | : | |
|     *Respondents* | : | No. 20-1390 |

## ORDER

AND NOW, this 7 day of June, 2022, upon careful and independent consideration of Petitioner Keith Whitmore's Petition for Writ of Habeas Corpus (Doc. No. 1), the Respondents' Response in Opposition to the Petition (Doc. No. 7), Magistrate Judge Richard A. Lloret's Report and Recommendation (Doc. No. 8), Mr. Whitmore's Objections to the Report and Recommendation submitted by counsel (Doc. No. 9), the Respondents' Response in Opposition to Mr. Whitmore's Objections (Doc. No. 14), and Mr. Whitmore's *pro se* Objections to the Report and Recommendation (Doc. No. 17), it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 8) is **APPROVED** and **ADOPTED** for the reasons set forth in the accompanying Memorandum.

2. The Petition for Writ of Habeas Corpus is **DISMISSED** with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark the case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE